## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

D'ANGELO DUNN                                                                                    PLAINTIFF

V.                                    NO: 5:15CV00177 DPM/JWC

JOE VETTER                                                                                       DEFENDANT

### PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge D.P. Marshall Jr.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.

>Mail your objections to:
>
>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

### DISPOSITION

Plaintiff D'Angelo Dunn filed a *pro se* complaint on June 1, 2015.  On June 3, 2015, the Court entered an order denying Plaintiff's unsigned and incomplete application for leave to proceed *in forma pauperis* ("IFP"), and directing him to pay the full filing and administrative fees, or to file a fully completed and signed application for leave to proceed IFP (docket entry #3).  That same order warned Plaintiff that his failure to comply within 30 days could result in the recommended dismissal

1

of his complaint.

More than 30 days have passed, and Plaintiff has not paid the $400.00 filing and administrative fees, filed an application for leave to proceed IFP, or otherwise responded to the order. Under these circumstances, the Court concludes that Plaintiff's complaint should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 7th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE