IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

D'ANGELO DUNN     PLAINTIFF

v.     No. 5:15-cv-177-DPM-JWC

JOE VETTER, Jail Administrator,
Dallas County Detention Center     DEFENDANT

## ORDER

Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b)(3) (1983 Addition to Advisory Committee Notes). Dunn's complaint will be dismissed without prejudice for failure to pay the filing fee and failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 July 2015